IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARTIER INTERNATIONAL, B.V., et al., | : | |
| Plaintiffs, | : | Civil Action No. C2-06-119 |
| vs. | : | JUDGE FROST |
| LISA Y. HARPER, A/K/A LISA Y. WHALEY, an Individual, et al., | : | MAGISTRATE JUDGE ABEL |
| Defendants. | : | |

**NOTICE OF SATISFACTION OF JUDGMENT**

Please take notice that the judgment entered on March 21, 2007, entitled Order Granting Plaintiffs' Motion To Enforce Settlement Agreement And For Attorneys' Fees has been satisfied in full by Lisa Y. Harper a/k/a Lisa Y. Whaley.

VORYS, SATER, SEYMOUR AND PEASE LLP


By: <u>Douglas L. Rogers</u>
    Douglas L. Rogers    (0008125)
    E-mail:  dlrogers@vssp.com
    52 East Gay Street / P.O. Box 1008
    Columbus, Ohio  43216-1008
    Telephone:  (614) 464-5407 (direct)
    Telephone:  (614) 464-6400 (office)
    Fax:  (614) 719-4928

*Attorneys for Plaintiffs*

OF COUNSEL:

Harley I. Lewin (HL 1819)
Email: lewinh@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue, 20th Floor
New York, NY 10166
(212) 801-9200

Jeffrey G. Mote
Email: motej@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois  60601
(312) 456-8400
(312) 456-8435 (fax)
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the Notice of Satisfaction of Judgment was served by ordinary U.S. mail, first class, postage prepaid, this 20th day of September, 2007 upon Lisa Y. Harper, a/k/a Lisa Y. Whaley, 172 Knights Bridge Drive East, Pickerington, Ohio 43147.

/s/ Scott A. Kossoudji
Scott A. Kossoudji (Ohio S. Ct. No. 0072430)
Vorys, Sater, Seymour and Pease LLP
52 East Gay St.
Columbus, OH 43215
(614) 464-5493